## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE, AT KNOXVILLE

UNITED STATES OF AMERICA      )
                                      )

v.                                    )      **Case No. 3:10-CR-92**
                                      )            (VARLAN/GUYTON)

**TRAVIS ALLEN SHEARS**         )

## AGREED ORDER OF REVOCATION

A Petition for Revocation of Supervised Release has been filed against the defendant, Travis Shears, and the defendant admits that he has violated certain conditions of his supervised release. An agreement has been reached between the parties, recommending that Mr. Shear's supervised release should be revoked and that he should receive a sentence of eight (8) months of incarceration followed by twenty-four (24) months supervised release. The original terms of supervised release will remain in effect. In addition, a modification of the terms of supervised shall be imposed, requiring the defendant to reside at the Midway Rehabilitation Center for a period of up to 180 days immediately upon his release from custody. It is recommended that he be permitted to serve his sentence at the Bureau of Prison facility in Memphis, TN.

Mr. Shears waives his right to a hearing pursuant to Rule 32 of the Rules of Criminal Procedure, waives his right to allocute at a revocation hearing, and asks that the agreement of the defendant and the government pursuant to Rule 11 of the Federal Rules of Criminal Procedure be found to be a proper sentence.

This Court has considered the Chapter Seven policy statements in the United States Sentencing Guidelines. The advisory guideline range is 8 - 14 months and there is a statutory maximum of 24 months imprisonment. The violations are "Grade C" and the defendant's criminal history category is VI. The recommended sentence is within the suggested guideline, is necessary to reflect the seriousness of the offenses, promote

respect for the law and deter others who violate supervised release.

Based on the foregoing, the Court finds that the recommended sentence is sufficient, but not greater than necessary to accomplish the purposes set forth in 18 U.S.C. §3553(a) while taking into consideration all of those factors and the Chapter Seven policy statements.

IT IS HEREBY ORDERED, therefore, that the defendant's supervised release is hereby revoked. The defendant is sentenced to a term of imprisonment of eight (8) months followed by twenty-four (24) months of supervised release. The original terms of supervised release will remain in effect. In addition, a modification of the terms of supervised shall be imposed, requiring the defendant to reside at the Midway Rehabilitation Center for a period of up to 180 days immediately upon his release from custody. It is further recommended that he be permitted to serve his sentence of incarceration at the Bureau of Prison facility in Memphis, TN.

ENTER this 4th day of September 2013.

_____Thomas A. Varlan_____
CHIEF UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

_____
Matthew T. Morris
Assistant U.S. Attorney

_____
Paula R. Voss
Attorney for Defendant

_____
Travis Shears
Defendant

_____
Kathryn Callaway
U.S. Probation Office

2